**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

**No. 04-2543**

———————————

IN RE:  ROMEO E. SACKAR,

                                                        Debtor.

--------------------------

UNITED STATES TRUSTEE, Greenbelt 11,

                                        Plaintiff - Appellee,

          versus

MELDON S. HOLLIS, JR.,

                                        Defendant - Appellant.

———————————

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  William M. Nickerson, Senior District
Judge.  (CA-04-1581-8-WMN; AP-03-1127)

———————————

Submitted:  March 24, 2005          Decided:  March 29, 2005

———————————

Before WIDENER and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————————

Affirmed by unpublished per curiam opinion.

———————————

Meldon Stonewall Hollis, Jr., Appellant Pro Se.  John Lee
Daugherty, OFFICE OF THE UNITED STATES TRUSTEE, Greenbelt,
Maryland; Michele Marie Mansfield, UNITED STATES DEPARTMENT OF
JUSTICE, Washington, D.C., for Appellee.

———————————

Unpublished opinions are not binding precedent in this circuit.
See Local Rule 36(c).

PER CURIAM:

Meldon Stonewall Hollis, Jr., appeals the district court's order affirming in part and dismissing in part his appeal from the bankruptcy court's order entering judgment in favor of the United States Trustee. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See United States Trustee v. Hollis, Nos. CA-04-1581-8-WMN; AP-03-1127 (D. Md. Nov. 17, 2004). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED